UNITED STATES of America,
Plaintiff–Appellee,

v.

Ronald Eugene KERSEY,
Defendant–Appellant.

No. 08–16650
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 15, 2009.

Ronald Eugene Kersey, Edgefield, SC, pro se.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before BIRCH, BLACK and HULL, Circuit Judges.

PER CURIAM:

Robert Paul Phillips, III, appointed counsel for Ronald Eugene Kersey in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Kersey's conviction and sentence are **AFFIRMED.**